# MINUTES

CASE NUMBER:       2:16-cv-01683-LEK (USDC, Eastern District of California)

CASE NAME:         Robert Weist vs. William Cahill, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    10/14/2016                   TIME:

COURT ACTION:  EO: COURT ORDER SETTING STATUS CONFERENCE.

Status (Pretrial Scheduling) Conference is set for 2/9/2017 at 02:30 PM in Courtroom 3.

Submitted by: Warren N. Nakamura, Courtroom Manager