# MINUTES

CASE NUMBER:    2:16-cv-01683-LEK (USDC, Eastern District of California)

CASE NAME:      Robert Weist, et al. vs. City of Davis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     06/23/2017                 TIME:

COURT ACTION:  **EO:** Status Conference set for 7/3/2017 at 10:00 AM (Hawaii time) before Judge Leslie E. Kobayashi.  (Approximately 1:00 PM E Dist of CA time).

All Counsel from the Eastern District of California to participate by telephone. Courtroom Manager will contact counsel at the phone number listed on the Court docket unless an alternate phone number is provided.

Status Conference to address the issue raised in the letter by Plaintiff's Counsel dated 6/22/2017.  Letter briefs to be filed by Defendant on 6/28/2017 and optional reply by Plaintiffs by 6/30/2017

Submitted by: Warren N. Nakamura, Courtroom Manager