# MINUTE ORDER

CASE NUMBER: 2:16-CV-01683 LEK (USDC, Eastern District of California)

CASE NAME: Robert Weist, et al. vs. City of Davis

JUDGE: Leslie E. Kobayashi

DATE: 02/07/2020

COURT ACTION: EO: Based on the parties' representations in their Joint Status Report, [filed 02/05/2020 (dkt. no. 57),] the status conference currently set for February 21, 2020, at 11:15 a.m. (Hawaii time) is continued to **April 17, 2020, at 11:15 a.m.** (Hawaii time) before Judge Leslie E. Kobayashi.

All Counsel from the Eastern District of California to participate by telephone. The Courtroom Manager will contact counsel at the phone number listed on the docket unless an alternate phone number is provided.

Submitted by: Agalelei Elkington, Courtroom Manager