# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-01683 LEK (CAED) |
| CASE NAME: | Robert Weist et al., vs. City of Davis |
| ATTYS FOR PLA: | James W. Henderson, Jr., Gary Marc Messing |
| ATTYS FOR DEFT: | Stacey N. Sheston |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Gloria Bediamol |
| DATE: | 1/29/2021 | TIME: | 9:45 am - 9:55 am |

COURT ACTION:  EP: Telephonic Motion hearing held.

Counsel, James W. Henderson, Jr., Gary Marc Messing and Stacey N. Sheston present via telephone.

Court addresses the parties regarding the Motion filed on 1/12/2021 and inquires if any objections have been filed.

The parties confirm that no objections have been received.

Plaintiff confirms that all plaintiffs have signed off on the agreement.

The Court having reviewed the Motion and based on the representations of the parties hereby GRANTS the Motion.  The Court will advise the parties further with regard to preparation of a proposed order.

Submitted by: Agalelei Elkington, Courtroom Manager