# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-01683 LEK (CAED) |
| CASE NAME: | Robert Weist et al., vs. City of Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 2/1/2021 |

COURT ACTION:  EO: COURT ORDER DIRECTING PLAINTIFFS' COUNSEL TO PREPARE PROPOSED ORDER

    On January 12, 2021, Plaintiff Robert Weist, on behalf of himself and all similarly situated individuals (collectively "Plaintiffs"), filed his Motion to Approve FLSA Settlement ("Motion").  [Dkt. no. 70.]  During the January 29, 2021 telephonic hearing on the Motion, this Court orally granted the Motion.  Plaintiffs' counsel is DIRECTED to prepare a proposed order and to consult with counsel for Defendant City of Davis ("Defendant") regarding whether Defendant approves of the form of the proposed order.  In the alternative, if Plaintiffs and Defendant are in agreement as to the language of the proposed order, counsel may jointly submit the proposed order.

    The proposed order shall be submitted to this Court, in a word processing format, by email to kobayashi_orders@hid.uscourts.gov.  The proposed order shall be submitted by **February 16, 2021**.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager